IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA  )
                          )     CRIMINAL ACTION NO.
     v.                   )        2:10cr186-MHT
                          )            (WO)
QUINTON T. ROSS, JR.      )
```

ORDER

Upon careful consideration of defendant Quinton T. Ross, Jr.'s motion for judgment of acquittal (doc. no. 1548), it is ORDERED that the motion is denied without prejudice and with leave to renew at the end of all the evidence.

DONE, this the 28th day of July, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE