IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| **QUINTON T. ROSS, JR.** | ) | (WO) |

## JUDGMENT OF ACQUITTAL

It is the ORDER, JUDGMENT, and DECREE of the court that defendant Quinton T. Ross, Jr. is not guilty of all the charges against him.

It is further ORDERED that defendant Ross is acquitted and discharged and any bond is exonerated.

DONE, this the 12th day of August, 2011.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE